# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Kyndryl Inc. | ( |
|   Plaintiff | ( |
| | (   Case No. 6-23-cv-03279 |
| | ( |
| Vs. | ( |
| | ( |
| | ( |
| Vincent Cannady | ( |
| Defendant | ( |

## Suggestions in Opposition to Plaintiff's Motion to Amend TRO

## Background

Cannady had previous worked for five years for Fulton County Government as a Court Clerk then as a Records Manager. By 1995 He had helped Prosecutors convict people who were not guilty so he ultimately resigned from working under the famous Paul Howard Esq. How had instilled a belief in Cannady that the Law worked for those who knew it well so Cannady wanted to become an Attorney.

In 2011 Cannady was a Political Science Degree Undergrad

Student at UMKC seeking his law degree. Cannady had joined the famous UMKC US Champion Mock Trial Team in 2012. He had been invited to the Harvard Black Law Students Conference, and Cannady's dream of coming true was about to happen as he applied to Law Schools such as Howard and Harvard. Cannady was offered a full scholarship to UMKC Law by the Dean of UMKC. Cannady was in but no as Canady was accepted into a Law Degree program a racist Prosecutor in Vernon County who has since died charged him with a Felony for canceling one of two $600 dollar checks. Someone called the Dean and told her of the charge and Cannady had his Law school offer withdrawn. Because of his legal expertise Cannady found the probable cause statement and saw that he should have not been charged for a post dated check that was Canceled, the charge was dropped but the damage was already done no Law School would take with a Felony charge on his record, only California School of Law where convicted Felons could become Laws.

## Yahoo! News Reporter

In 2011, after having his hopes dashed of being Attorney Cannady was approached by a Journalism Professor and asked to write for his Yahoo Project. Cannady applied to Yahoo to be Paid Contributor and there begin his Career as an Investigative Journalist. Cannady wrote over 71 published articles for Yahoo! News, Yahoo! Sports, Yahoo! Business, and Yahoo! Voices. Cannady had over 71,000 unique page hits when the Yahoo! Contributor network was shut down in 2013. Every since then Cannady has been trying to break a big story so CNN Contributor or the KC Star would publish him again. He was told to start a Blog and he in fact did that but only got 10 page hits before Google shut him down by not allowing him access to Publish in his blog.

Cannady had met Mara Williams of the KC Star and Mark B of the Washington Post( and another Reporter of the LA Times) We remained in contact and they said they would help him get a Byline published if he found a good investigation to publish. Eight years later Cannady found one at Kyndryl. Cannady is requesting that the Court not Amend the TRO but under the 1st Amendment Freedom of the Press allow Cannady to publish his Investigative Article on Kyndryl as the documents are what he needs for supported facts. Cannady never sent the documents to any other reporter because he wanted to write the story himself. In fact if the Court does approve the Gag then Cannady will be forced to seek relief and seek approval to publish his investigation into Kyndryl in the EU. ( See attached Exhibit from Yahoo! Contributor Profile)

### Suing Everyone who violated his Civil Rights

Cannady has not filed 47 Lawsuits as a Pro Se plainitiff. Cannady has filed numerous Appeals of this

Courts Fourt Lawsuits on file, he has filed numerous Writs of Mandamus to instruct Judges who are complicit in violating his Civil Rights, and yes he even sued Judges who violated his and his wife's civil rights by threatening his wife when she delivered subpoenas to various legal officials. To quote Jack Smith US Attorney pursuing the Former President with charges " No one is above the Law" and even Cannady's former Prosecutor Mentor Paul Howard ran afoul of the Law. Cannady believes in the Law but knows the scales are tipped against him as a Pro Se Plaintiff and now Defendant. Courts and attorney's do not like people who think they know the Law. Cannady has two Degrees in Political Science, worked as a Law Clerk and in fact had legal games as a Champion Mock Trial Team member. Cannady's spouse wants him to take California school of Law up on their standing offer to go to Law School. Cannady does not sue everyone just

those who violate his Civil Rights and Constitutional Rights.

## *Conclusion*

Cannady does not have a Lexis Nexis Account, he only has Google Scholar for case law but he know Courts never take his case law seriously.

This Court cannot ignore Cannady's first Amendment Freedom of the Press Rights as it is the bedrock our Constitution was made of. Therefore Cannady's Prays that the Court will not only DENY the Amended TRO but DISMISS the Current TRO and allow Cannady to publish his investigative report as an Insider inside Kyndryl's Mismanaged and Lack of Governance company. Canady would never publish their network diagram as it was his crown achievement, everyone

told him that he could not get that Network diagram completed but he did and then they fired him for his great work!

Vincent Cannady
17472 S 2950 Road El Dorado Springs Mo 64744
Mobile: 202-253-2300 vnc@rocketmail.com