UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KYNDRYL, INC. )<br>)<br>        **Plaintiff,**  )<br>v.  )<br>)<br>VINCENT CANNADY  )<br>)<br>        **Defendants.**  )<br>_____ )| Case No. 23-03279-CV-S-BP |

## **PLAINTIFF KYNDRYL, INC.'S MOTION TO HOLD MAP IN ABEYANCE**

    Plaintiff Kyndryl, Inc. ("Kyndryl") respectfully moves this Court for an Order extending the time for performance of MAP obligations or otherwise excusing or removing the parties from the Mediation and Assessment Program ("MAP") as set forth in the Notice of Inclusion in Mediation and Assessment Program ("MAP Order") (Doc. 6-0) and as referenced in this Court's Order (Doc. 52). The MAP Order requires each party to attend mediation in person unless excused and only if excused then to attend via technology such as Zoom, Webex, or other form of video-conferencing. While Kyndryl disputes his assertions, Defendant Cannady has repeatedly represented to the Court that he cannot attend any proceedings of any kind in person, by video, or even by phone. See Doc. 55, styled "Motion to Continue Any Hearing on TRO," and Doc. 33 ("no Court Ordered hearings for Vincent Cannady either in person, on video, or teleconference"). Because Cannady's attendance at MAP proceedings is necessary and required, his continued refusal to attend any Court proceedings whether in-person, by video, or by phone would render the MAP process futile.

    Additionally, by his Counterclaim (Doc. 19), Cannady endeavored to join to the case his former employer Experis, who is a necessary and indispensable party on his employment claims.

Until Experis is properly joined to the case, it is premature to try and resolve such affirmative claims.

WHEREFORE, Plaintiff Kyndryl, Inc. respectfully requests that this Court issue its Order holding the MAP deadlines in abeyance until such time as all necessary parties can meaningfully participate as contemplated by the MAP Order, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**JAMES SOBBA, LLC**

*/s/ Matthew P. Clune*
G. EDGAR JAMES          MO# 49585
MATTHEW P. CLUNE        MO# 54081
4435 Main Street, Suite 910
Kansas City, Missouri 64111
Telephone: (816) 623-0544
Telephone: (816) 623-0043
ejames@jamessobba.com
mclune@jamessobba.com

and

Harold K. Gordon (*Admitted Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3740
hkgordon@jonesday.com

Andrew Lelling (*Admitted Pro Hac Vice*)
Jones Day
100 High Street
Boston, MA 02110
Telephone: 617-960-3939
alelling@jonesday.com

**ATTORNEYS FOR PLAINTIFF KYNDRYL, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Defendant:

vnc@rocketmail.com

                                          */s/ Matthew P. Clune*
                                          Attorney for Plaintiff Kyndryl, Inc.