# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| KYNDRYL, INC, )<br>)<br>        Plaintiff )<br>  vs. )<br>)<br>VINCENT CANNADY )<br>)<br>        Defendant, ) | Case No #: 6:23-CV-03279-BP |

## MOTION TO WITHDRAW

Comes now, Attorney Stephanie Marie Burton, and hereby requests leave to withdraw as counsel for the above-named defendant at the request and direction of the defendant.

Respectfully submitted,

THE LAW OFFICE OF
STEPHANIE M. BURTON, LLC

By /s/ Stephanie M. Burton
    Stephanie M. Burton, #63458
    1125 Grand Blvd, Suite 210
    Kansas City, MO 64106
    (816) 237-8681 Telephone
    (816) 265-2770 Fax
    Smburton-law@live.com
    ATTORNEY FOR DEFENDANT
    VINCENT CANNADY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above was filed with ECF on the 27th day of June 27, 2024, thereby sending copies to all parties.

/s/ Stephanie M. Burton
Stephanie M. Burton

1