**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

KYNDRYL, INC., )
                   )
         Plaintiffs, )
                   )
v. )        Case No. 23-03279-CV-S-BP
                   )
VINCENT CANNADY )
                   )
         Defendant. )

## <u>ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE LIFTED</u>

On June 11, 2024, the Court granted the parties' Joint Motion to Stay. The Order specifies that the stay would remain in effect "until (1) the related case against Defendant pending in the Southern District of New York, *United States v. Cannady*, No. 7:24-cr-00278-UA, is resolved, or (2) this Court orders otherwise." (Doc. 134.)[1]

The Court has reviewed Plaintiff's latest Status Report. (Doc. 237.) The Court is also familiar with the status of the case in the Southern District of New York (which is amenable to judicial notice). The New York case is a criminal case arising from the same facts Plaintiff has asserted in this matter. Defendant was found guilty and has been sentenced. And, while there are appeals pending in the Second Circuit Court of Appeals, the Court believes it may be appropriate to lift the stay because there are no pending proceedings with which this case can interfere.

Accordingly, on or before June 24, 2026, the parties shall respond to this Order and show cause why the stay should not be lifted.

**IT IS SO ORDERED.**

                                    /s/ Beth Phillips
                                    BETH PHILLIPS, JUDGE
DATE: <u>June 9, 2026</u>            UNITED STATES DISTRICT COURT

---

[1] The case number in the Southern District of New York has since been changed to 7:24-cr-00278-VB.