UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI


**KYNDRYL, INC.,**
**Plaintiff,**

v.

**VINCENT CANNADY,**
**Defendant**

Case No. 1:23-cv-03279


## MOTION FOR CLARIFICATION, PROTECTIVE ORDER, AND REQUEST FOR ORAL ARGUMENT REGARDING THE COURT'S JUNE 10, 2026 ORDER CONCERNING THE STAY

COMES NOW Defendant Vincent Cannady, appearing pro se, and respectfully moves the Court for clarification of its June 10, 2026, Order directing the parties to address whether this action should remain stayed. Defendant further requests a protective confidentiality order and oral argument concerning the removal of the stay and any subsequent proceedings. In support thereof, Defendant states as follows:

I. INTRODUCTION

1. On June 10, 2026, this Court entered an Order directing the parties to submit their positions regarding whether the stay in this matter should continue.

2. Defendant does not wish for this action to remain stayed indefinitely and seeks clarification regarding the manner in which he may safely and effectively present his position to the Court.

1

3. Defendant further requests oral argument because of the unusual procedural posture of this case, the existence of related proceedings, and serious concerns regarding confidentiality and potential devastatingly damaging prejudice arising from disclosures made during prior settlement discussions.

## II. REQUEST FOR CLARIFICATION AND PROTECTIVE ORDER

4. Defendant respectfully requests clarification regarding whether submissions made in response to the Court's June 10, 2026, Order may be filed under seal, subject to a protective order, or otherwise treated as confidential.

5. Defendant asserts that prior settlement communications and negotiations have resulted in substantial devastating damaging life changing prejudice to him and his family and have contributed to significant harm to his physical and mental health, reputation, business interests, government contracts, and family.

6. Because of those concerns, Defendant is reluctant to disclose litigation strategy, settlement positions, or other sensitive information absent assurances that such information will receive appropriate protections.

7. Federal Rule of Civil Procedure 26(c) authorizes courts, for good cause shown, to issue protective orders to protect parties from serious harm, prejudice, annoyance, embarrassment, oppression, or undue burden and to require that certain information be filed under seal or otherwise protected.

8. Federal Rule of Evidence 408 likewise recognizes the public policy favoring candid private confidential settlement discussions by generally prohibiting the use of compromise negotiations to prove or disprove disputed claims.

2

9. Defendant therefore requests that the Court enter appropriate protective orders governing all communications and submissions relating to the parties' positions concerning the stay, settlement discussions, and any future proceedings.

## III. REQUEST FOR ORAL ARGUMENT

10. Defendant respectfully requests oral argument concerning whether the stay should be lifted and concerning the procedures that would govern the case if the stay is removed.

11. Federal district courts possess broad inherent authority to manage their dockets and determine the most efficient manner for resolving disputes before them. See Landis v. North American Co., 299 U.S. 248, 254-55 (1936).

12. Oral argument would assist the Court in understanding the practical and legal issues affecting the parties and would permit the Defendant to address concerns regarding confidentiality, discovery, mediation, and case management in a controlled setting.

13. Defendant submits that oral argument would promote the just, speedy, and inexpensive determination of this action consistent with Federal Rule of Civil Procedure 1.

## IV. DEFENDANT'S POSITION REGARDING THE STAY

14. Defendant's position is that the stay should not continue indefinitely.

15. Defendant is currently involved in related proceedings and appeals that he believes materially affect the parties' ability to obtain meaningful relief in this matter.

16. Defendant represents that he has appealed certain orders, including matters relating to contempt proceedings and related judgments.

3

17. Defendant further asserts that his present circumstances have placed him in great danger and substantially impair his ability to participate fully in litigation activities, including discovery.

18. Defendant contends that meaningful progress toward resolution will require the plaintiff's to engage in good-faith negotiations under the supervision of this Court and with appropriate procedural protections in place.

19. Defendant proposes that, upon removal of the stay, the Court conduct oral argument and thereafter establish an orderly schedule addressing mediation, discovery, and any remaining issues requiring adjudication.

## V. LEGAL AUTHORITY

20. District courts possess inherent authority to control their dockets and to determine whether a stay remains appropriate under the circumstances. Landis v. North American Co., 299 U.S. 248, 254-55 (1936).

21. A stay is an exercise of judicial discretion and must be evaluated in light of competing interests and the particular circumstances of the case. See Clinton v. Jones, 520 U.S. 681, 706-07 (1997).

22. Federal Rule of Civil Procedure 1 directs that the Rules be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding.

23. Federal Rule of Civil Procedure 26(c) authorizes protective orders when good cause exists to protect the defendant from undue prejudice or harm again resulting directly from disclosure of confidential sensitive information.

## VI. CONCLUSION

4

WHEREFORE, Defendant Mr. Vincent Cannady respectfully requests that the Court:

A. Clarify the procedures governing responses to the Court's June 10, 2026 Order;

B. Enter an appropriate protective order governing all confidential submissions and all communications relating to the parties' positions concerning the stay and any settlement discussions;

C. Schedule oral argument regarding whether the stay should be lifted and regarding the procedures that should govern the case thereafter;

D. Consider Defendant's position that the stay should not continue indefinitely; and

E. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Vincent Cannady

 Pro Se

Dated: June 14, 2026

5

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-206

Caption [use short title]

Motion for: Medical exhibits and Other attachment

Set forth below precise, complete statement of relief sought:

Filed in support of email affidavit dated June 1st

United States
v
Vincent Cannady

MOVING PARTY: Vincent Cannady          OPPOSING PARTY: Reyhan Watsen

☐ Plaintiff          ☐ Defendant

☒ Appellant/Petitioner          ☐ Appellee/Respondent

MOVING ATTORNEY:                          OPPOSING ATTORNEY:

Vincent Cannady                          Reyhan Watsen
Metropolitan Detention Ctr. POBox29002   30 Main St
Brooklyn, NY 11232   202-253-2300        White Plains NY 10601

Court- Judge/ Agency appealed from: SDNY

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No  ☒ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?  ☒ Yes  ☐ No
Has this relief been previously sought in this court?  ☒ Yes  ☐ No
Requested return date and explanation of emergency:
Filed in support of Motion to stay w/ 3 Judge motions panel

Is oral argument on motion requested?  ☒ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☒ No If yes, enter date: _____

Signature of Moving Attorney: _____   Date: 6/1/26   Service by: ☒ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

TRULINCS  22313045 - CANNADY, VINCENT - Unit: BRO-K-C  Exhibit 1A

----------------------------------------------------------------

This is Chat GPT answer:
What is Septum Infarction?

A septum infarction (more commonly called a septal infarction) is a type of heart attack affecting the septum, the muscular wall that separates the left and right sides of the heart.

The septum is important because it helps coordinate the heart's pumping and contains part of the electrical conduction system that controls heartbeat timing.

What causes it?

A septal infarction usually happens when blood flow is blocked in one of the arteries supplying the front part of the heart, most often the left anterior descending (LAD) coronary artery.

Without enough oxygen-rich blood, heart muscle tissue in the septum becomes damaged or dies.

Common symptoms

Symptoms can resemble other heart attacks and may include:

Chest pain or pressure
Shortness of breath
Fatigue
Sweating
Nausea
Pain radiating to the arm, neck, jaw, or back
Sometimes no symptoms at all ("silent" infarction)
How it's detected

Doctors often identify it through:

An ECG/EKG
Blood tests for heart damage markers (like troponin)
Echocardiogram
Cardiac imaging

Sometimes an ECG report says something like:

"Septal infarct, age undetermined"

This is fairly common and does not always mean a person definitely had a heart attack. ECG machines can produce false positives because of:

Electrode placement issues
Normal anatomical variation
Prior benign conduction abnormalities

In many people, especially without symptoms or history of heart disease, the finding needs confirmation with further testing.

Possible complications

Depending on severity, complications can include:

Heart rhythm problems
Reduced pumping ability
Heart failure
Damage to the heart's electrical pathways
Treatment

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C

--------------------------------------------------------------------------------------------------

Treatment depends on whether the infarction is current or old and how severe it is. It may include:

Emergency restoration of blood flow (stents/angioplasty)
Blood thinners
Cholesterol-lowering medications
Blood pressure management
Lifestyle changes
Cardiac rehabilitation

If you saw this term on an ECG report and want help interpreting the wording, feel free to paste the exact phrase (without personal information), and I can explain what it usually means.



E x h i b i t 2A



# AFTER VISIT SUMMARY

**Vincent Cannady**  MRN: 4238284
CEID: BUH-K4JK-6WJS-T67P

📅 2/5/2026 9:00 AM   📍 KJMC Briger Comprehensive Eye Care  718-604-5700

## Instructions  from Peter D Berg



**Return in about 2 weeks**
(around 2/19/2026) for a and b scan.

## What's Next

**FEB 19 2026**  **Established Patient with Peter D Berg**
Thursday February 19 9:00 AM
(Arrive by 8:45 AM)

Please schedule this follow up visit with the appropriate provider that is assigned to this patient or an available provider.

KJMC Briger Comprehensive Eye Care
585 Schenectady Ave
Brooklyn NY 11203
718-604-5700
Arrive at: KJMC BRIGER COMPREHENSIVE EYE CARE

## Today's Visit

You saw Peter D Berg on Thursday February 5, 2026. The following issues were addressed: Cataract; Disorder of cornea of eye; Conjunctival pigmentation, bilateral; and Blepharitis of upper and lower eyelids of both eyes, unspecified type.

 Blood Pressure **134/88**     Height **5' 11"**

 Temperature (Oral) **98.5 °F**     Pulse **83**

 Respiration **18**     Oxygen Saturation **97%**

## You are allergic to the following

Not on File

Let us know how we're doing. You will receive a survey from Press Ganey by mail or email on file, regarding your most recent visit experience. Since we value your feedback, please submit a response.

## MyChart Sign Up



## Changes to Your Medication List  as of February 5, 2026 11:29 AM

You have not been prescribed any medications.

## MyOneBrooklyn Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://www.myonebrooklynhealth.org/Mychart/, click "Sign Up Now", and enter your personal activation code: 3ST2D-J9XN4-PD4MV. Activation code expires 2/5/2026.

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note


Exhibit B

| Inmate Name: | CANNADY, VINCENT | | | | Reg #: | 22313-045 |
|---|---|---|---|---|---|---|
| | | Sex: | M | Race: BLACK | Facility: | BRO |
| Note Date: | 02/09/2026 13:22 | Provider: | Awd, Rame (MOUD) MD | | Unit: | K05 |

**Reviewed Health Status:**   No

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Awd, Rame (MOUD) MD

Discussed the results of the patient's EKG performed on 02/09/2026, which was abnormal. Recommended further cardiac evaluation, including a nuclear stress test (as the patient is unable to perform a treadmill stress test due to knee problems) and an echocardiogram.

The patient stated that he is aware he has a heart problem but declines the nuclear stress test, expressing that he does not want "a chemical material" introduced into his body.

Will request cardiology consult for evaluation.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Priority | Translator | Language |
|---|---|---|---|---|
| Cardiology | 02/23/2026 | Routine | No | |

Subtype:

Telehealth Initial

Reason for Request:

59 Y.O obese man with H/O hypertension for long times, and H/O asthma.
Patient has H/O SVT in 2007 which Controlled with medication only (ASA) as per the patient.

Patient has H/O bad Cataract and he needs surgery. EKG on 02/09/2026 was abnormal (left atrial enlargement and septal infarct). He needs clearance for cataract surgery. Patient refused having nuclear stress test (as the patient is unable to perform a treadmill stress test due to knee problems).

As per the medical record, on 07/29/2025 patient states he has H/O of ACS, did cardiac catheterization but refused stent when offered.

Provisional Diagnosis:

Abnormal EKG, needs cardiac clearance for cataract surgery

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Awd, Rame (MOUD) MD on 02/09/2026 13:26

| Inmate Name: | CANNADY, VINCENT | | | | | | Reg #: | 22313-045 |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | | | | Sex: | M | Race: BLACK | Facility: | BRO |
| Encounter Date: | ▮▮▮▮▮ | 11:39 | | Provider: | Gerson, Brian (MOUD- | | Unit: | K05 |

| **Date** | **Time** | **Value(%) Air** | | **Provider** |
|---|---|---|---|---|
| 02/10/2026 | 11:48 BRO | 97 | Room Air | Gerson, Brian (MOUD-MB) MS, NP-C |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 02/10/2026 | 11:48 BRO | 70.5 | 179.1 | Gerson, Brian (MOUD-MB) MS, NP-C |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 02/10/2026 | 11:48 BRO | 235.0 | 106.6 | | Gerson, Brian (MOUD-MB) MS, NP-C |

### Exam Comments

Gen: Appears well, NAD, appropriately dressed.
Neuro: AAO, Speech clear, ambulates with steady gait.
Pulm: Eupneic, Respirations unlabored and symmetric. No Accessory muscle usage.

### ASSESSMENT:

Encounter for screening, Z139 - Current - *Triage/SC*

### PLAN:

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

### Other:

RTC PRN or if you change your mind.

Pt. educated on how to access to health care (email, written cop-out, and Duty Provider, through unit officer), current plan of care, diagnosis, medications (including risks, benefits, alternative treatments), and follow-up instructions for this visit. Pt. verbalized understanding and provided appropriate feed back to all instructions given.

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/10/2026 | Counseling | Access to Care | Gerson, Brian | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Gerson, Brian (MOUD-MB) MS, NP-C on 02/10/2026 11:51

| Inmate Name: | CANNADY, VINCENT | | | | Reg #: | 22313-045 |
|---|---|---|---|---|---|---|
| : | | | Sex: | M | Race: | BLACK |
| Encounter Date: | 09/24/2025 13:34 | | Provider: | Fajardo, Carlo RN | Facility: | BRO |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

**SaO2:**

| Date | Time | Value(%) | Air | Provider | | |
|---|---|---|---|---|---|---|
| 09/24/2025 | 13:40 BRO | 100 | | Fajardo, Carlo RN | | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 09/24/2025 | 13:41 BRO | 70.5 | 179.1 | Fajardo, Carlo RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 09/24/2025 | 13:41 BRO | 252.2 | 114.4 | | Fajardo, Carlo RN |

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|---|---|
| Eye Glasses | Personal |

**Comments:**

**Potential Items For Follow-up:**

**Item**

Diabetes History

Cardiac History

Hypertension History

Respiratory History

Allergy - Depakote

Allergy - Erythromycin

Allergy - Xanax

Other Infectious Disease History

Substance Abuse History

Current Medical Conditions

Eye Glasses

PPD Administration Not Performed

**Health Problems Newly Identified During This Encounter:**
Health Problem

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Rosuvastatin Tablet | 09/24/2025 13:34 |
| | **Prescriber Order:** 10mg Orally - daily x 14 day(s) | |
| | hydroCHLOROthiazide Tablet/Capsule | 09/24/2025 13:34 |
| | **Prescriber Order:** 25mg Orally - daily x 14 day(s) | |
| | Aspirin 81 MG Tablet (365 day) | 09/24/2025 13:34 |

| Inmate Name: | CANNADY, VINCENT | | Reg #: | 22313-045 |
|---|---|---|---|---|
| : | | Sex: M | Race: | BLACK |
| Encounter Date: 09/24/2025 13:34 | | Provider: Fajardo, Carlo RN | Facility: | BRO |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | **Prescriber Order:** 1 tablet Orally - daily x 14 day(s) | |
| | Albuterol Inhaler HFA 90 MCG/ACT | 09/24/2025 13:34 |
| | **Prescriber Order:** 2 puffs Orally -four times a day PRN x 90 day(s) | |

## Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| | | OTC | | No known OTCs | |

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-H-Hep C Ab | One Time | 10/24/2025 00:00 | Routine |
| Lab Tests-H-HIV 1/2 | | | |
| Order Set Name: BOP - New Commit Intake Orders - v9 | | | |
| Lab Tests - Short List-General-Hep B core Ab, Total | One Time | 10/24/2025 00:00 | Routine |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Lab Tests-S-Syphilis Antibody Cascading Reflex | | | |
| Lab Tests - Short List-General-Hep B surface Ab | | | |
| Order Set Name: BOP - New Commit Intake Orders - v9 | | | |
| Lab Tests-H-Hemoglobin A1C | One Time | 10/24/2025 00:00 | Routine |
| Order Set Name: BOP - New Commit Intake Orders - v9 | | | |
| Additional Information: | | | |
| Type 2 Diabetic | | | |
| Lab Tests-L-Lipid Profile | One Time | 10/24/2025 00:00 | Routine |
| Order Set Name: BOP - New Commit Intake Orders - v9 | | | |
| Additional Information: | | | |
| Currently taking Crestor | | | |

## Reconciled Orders:
No active [Labs, XRays, NMOS, etc.] orders to be reviewed.

## Devices and Equipment Issued:

| Device/Equipment | Start Date | Stop Date | Obtained From |
|---|---|---|---|
| Eye Glasses | 09/24/2025 | | Personal |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| 14 Day Dr Eval | 09/24/2025 00:00 | Physician 01 |
| **Order Set Name:** BOP - New Commit Intake Orders - v9 | | |
| to be done within 14 days of arrival for inmates with chronic conditions (medical or mental health concerns) | | |
| History/Physical | 09/24/2025 00:00 | APP 01 |
| **Order Set Name:** BOP - New Commit Intake Orders - v9 | | |
| to be done within 30 days of arrival | | |

## Order Sets Used in This Encounter:

BOP - New Commit Intake Orders - v9

Last Saved

NP Stephen Adjei (05/01/2025 10:45)

## Subjective

**Chief Complaint**

Code white

**Encounter Type**

○ Sick Call

◍ Other

Exhibit C

## Objective

**Vitals**

| Pos | BP | | HR | Resp | Temp | Weight | Height | BMI | SpO2 |
|-----|-----|-----|--------|---------|--------|--------|--------|-----|------|
| Unknown | 131 | 83 | 96 BPM | 18 BrPM | 98.4 F | | | | 96% |

**Notes:**

| Glucose | HbA1c | Meal Timing | Food | Activity |
|---------|-------|-------------|------|----------|
| | | | | |

Notes:

**Physical Exam**

Code white - Inmate was broght to the clinic for dizziness, vomiting and generalized weakness. He vomited 6 times in a session today. He has history of hypertension, SVT and traumatic brain injury.

EKG done today was Normal sinus rhythm, septal infarct , age undetermined. Has history of hypertension, SVT and, TBI
His labs done awaiting results
His stated " I feel somewhat better than before" he said

## Assessment

**Diagnosis**

Dizziness, Generalised weakness

## Plan

**Actions**

EKG to r/o arhythmia
STAT lab for CBC with diff, CMP, Lipid panel, A1C, Vitamin D level

## Education

**Educational Review**

| Encounter | Medical Provider encounter with NP Amanda Brockman |
|---|---|
| Provider | NP Amanda Brockman |
| Created By | AB |

Related Records

**Related Patient Problem**

E55.9 Vitamin D deficiency, unspecified

E11 Type 2 diabetes mellitus

Added Records

**Added Patient Problem**

E55.9 Vitamin D deficiency, unspecified

E11 Type 2 diabetes mellitus

**Added Patient Treatment**

Blood Sugar Checks

| **Added Task** | **Date** |
|---|---|
| Discuss lab results and plan of care 1/17/24 Lab Review- MCH 26.5, A1C 6.5, Glucose 136, Vit D 9.0 Previous Labs 10/3/24 MCH 27, A1C 6.3, Glucose 88 No previous Vit D to consider. Please note, the patient is a recent code white. | 01/21/2025 |

**1 Doctor Form**

| Status | Saved |
|---|---|
| Created | NP Amanda Brockman (01/19/2025 09:29) |
| Last Saved | NP Amanda Brockman (01/19/2025 09:43) |

## Subjective

**Chief Complaint**

1/17/24 Lab Review-
MCH 26.5, A1C 6.5, Glucose 136, Vit D 9.0
Previous Labs 10/3/24
MCH 27, A1C 6.3, Glucose 88
No previous Vit D to consider

**Encounter Type**

○ Sick Call

◉ Other

## Objective

## Subjective

**Chief Complaint**

CODE WHITE

"I fell and hit my foot on the floor. I had a massive chest pain and I still have the pain in my chest.
No, I don't think I am injured anywhere".
Denies feeling dizzy prior to falling. Denies shortness of breath. Denies being diaphoretic. States he
was awake all the time.
History of Hypertension and is on antihypertensive meds. Self-reported history of SVT.
No other complaint.

After EKG was done and discussed with patient, he then stated "Why don't you send me to the
cardiologist, I have SVT and I see a cardiologist every year. Send me to the cardiologist".

**Encounter Type**

 Sick Call

 Other

## Objective

**Vitals**

| Pos | BP | HR | Resp | Temp | Weight | Height | BMI | SpO2 |
|-----|-----|-----|------|------|--------|--------|-----|------|
| - | - - | - | - | - | - | - | - | - |

Notes:

| | Glucose | HbA1c | Meal Timing | | Food | Activity |
|--|---------|-------|-------------|--|------|----------|
| | - | - | - | | - | - |

Notes:

**Physical Exam**

I received patient lying on stretcher, awake and alert, in no distress, clear breath sounds bilaterally,
S1 S2 regular rate and rhythm.
Stable vital signs per nurse.
Fingerstick 124.
No bodily injury noted. Moving all extremities. Dry and warm skin.

## Assessment

**Diagnosis**

S/P fall.
Chest pain.

## Plan

**Actions**

STAT EKG done and it reads: Sinus tachycardia (rate 114) with occasional premature ventricular
complexes, Possible Left atrial enlargement, Septal infarct, age undetermined, Abnormal ECG.

Case 6:23-cv-03279-BP Document 239 Filed 06/14/26 Page 17 of 42

Exhibit D

Case: 26-206, 06/03/2026, DktEntry: 74.1, Page 18 of 83 — Full Patient History

## Vitals

| Pos | BP | HR | Resp | Temp | Weight | Height | BMI | SpO2 |
|-----|----|----|----|------|--------|--------|-----|------|
| | | | | | | | | |

Notes:

| Glucose | HbA1c | Meal Timing | | Food | Activity |
|---------|-------|-------------|--|------|----------|
| | | | | | |

Notes:

Physical Exam

## Assessment

Diagnosis

## Plan

Actions

Scheduled for Telehealth Provider Sick Call to discuss lab results and plan of care with the patient
Blood Sugar Checks Scheduled due to labs and recent Code White

## Education

Educational Review

| Encounter | Medical Provider encounter with NP Benjamin Quidangen |
|-----------|-------------------------------------------------------|
| Provider | NP Benjamin Quidangen |
| Created By | BQ |
| Related Records | |
| Added Records | |

## 1 Doctor Form

| Status | Saved |
|--------|-------|
| Created | NP Benjamin Quidangen (01/29/2025 06:50) |

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C



----------------------------------------------------------------------------------

FROM: C, lvincent
TO: 22313045
SUBJECT: j: Care Levels
DATE: 03/30/2026 09:51:02 PM

Here is the information you requested on the Bureau of Prisons (BOP) medical care levels for the three facilities:
1. Metropolitan Detention Center (MDC) Brooklyn  MDC facilities are classed as administrative institutions providing all security levels, but specific care level data is more limited. However, authoritative sources list MDC Brooklyn under medical Care Level 2, indicating it provides care for stable outpatients with chronic conditions and access to community hospitals within about one hour ([en.wikipedia.org](https://en.wikipedia.org/wiki/Metropolitan_Detention_Center%2C_Brooklyn?utm_source=openai)).
2. FCI Otisville  Official BOP listings name Otisville FCI with a medical care level of 2, meaning it serves inmates with stable, manageable outpatient medical needs ([oig.justice.gov]
(https://oig.justice.gov/sites/default/files/legacy/reports/BOP/a0808/final.pdf?utm_source=openai)).
3. FCI Danbury  Similarly, FCI Danbury is categorized as Care Level 2, serving inmates who require regular outpatient medical supervision but not inpatient hospitalization ([prisonlegalnews.org]
(https://www.prisonlegalnews.org/media/publications/usdoj_oig_audit_report_re_fbop_efforts_to_manage_inmate_health_care_
_feb_2008.pdf?utm_source=openai)).
Summary:
- MDC Brooklyn: Care Level 2
- Otisville FCI: Care Level 2
- FCI Danbury: Care Level 2
All three institutions are equipped to address stable medical conditions through routine outpatient services, with higher-level care provided via transfers when needed.

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C



---------------------------------------------------------------------------------------------------------

FROM: Vincent, Friend
TO: 22313045
SUBJECT: j: care level
DATE: 04/14/2026 11:51:01 PM

In the Bureau of Prisons, an inmate's care level determines the type of medical care they require. Care Level 4 is for inmates with chronic conditions or serious diseases requiring daily nursing care or access to a medical center. Here's a quick overview for the conditions you listed:
1. **Heart Attack (Myocardial Infarction):** Generally requires intensive medical monitoring and post-recovery management, potentially qualifying for Care Level 4, especially if ongoing treatment is needed.
2. **Supraventricular Tachycardia (SVT):** Usually managed with medication or procedures.. It depends on severity; if it requires frequent intervention, it might reach Care Level 4.
3. **Broken Vertebrae:** If it leads to significant mobility issues or requires extensive rehabilitation, it could qualify for Care Level 4.
4. **Neuropathy:** This condition is varied; severe cases causing chronic pain or disability might reach higher care levels.
5. **Obstructive Sleep Apnea:** Generally managed with CPAP machines, not typically warranting Care Level 4 unless it leads to serious complications.
6. **Traumatic Brain Injury (TBI):** Severe cases requiring rehabilitation or extensive medical intervention could qualify for Care Level 4.
7. **Hypertension:** Usually manageable with medication; not typically qualifying for Care Level 4 unless part of broader cardiovascular issues needing intensive care.
Ultimately, Care Level determination is made by the Bureaus medical staff based on individual medical evaluations and needs.

Exh. G

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C

---------------------------------------------------------------------------------

FROM: 22313045
TO: Sick Call
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 03/25/2026 02:54:03 PM

To: Gerson
Inmate Work Assignment: N.a

I am still waitting on my CPAP machine and i need scripts refilled for aspirin, water pills for lowering my blood pressure and i need a cane and a new knee brace
i fell down in the shower on saturday because the disability shower has not worked in 4 months
ill be adding this to a lawsuit

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C

Exh. H

--------------------------------------------------------------------------------

FROM: 22313045
TO: Sick Call
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 03/26/2026 06:29:11 PM

To: Gerson
Inmate Work Assignment: N/a

hello i am still waiting on my CPAPA machine even  if i am transfering to a new facility i can take it with me
and i need a new knee brace and a cane

I fell in the shower. The handicap shower been broken for 3 months

i was told my medication had a refill in the system

TRULINCS  22313045 - CANNADY, VINCENT - Unit: BRO-K-C



---

FROM: 22313045
TO: Sick Call
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 03/27/2026 06:18:36 PM

To: Bailor
Inmate Work Assignment: N/A

my left knee has been diagnosed with atrial arthritis
and my menisci's are dethatched
the knee brace isn't enough
vie requested a cane numerous times
i wear a metal brace at home.

TRULINCS  22313045 - CANNADY, VINCENT - Unit: BRO-K-C

--------------------------------------------------------------------------------

FROM: 22313045
TO: Warden
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/01/2026 08:39:22 PM

To: warden
Inmate Work Assignment: n/a

hello warden
 I am service connected for Supraventricular Tacicardia from the veterans affairs
on 1/29/2025 I had a heart attach while in custody at Hudson county jail
in the 23 months i been incarcerated i seen the cardiologist once and never at MDC
the 10 nights i been awaken with massive chest pain and a racing heart
I'm afraid to even move
the BOP said i was designated to go to a care level 4 facility because I'm not receiving any treatment here for my heart other
that statins and aspirin
I'm notifying you cause if the BOP doesn't move me to a car level 4 facility
these additional heart issues I'm experiencin will be added to the lawsuit  I'm filing
but if i must stay i will file the summons
please move me to a care level 4 facility
ill will cc this to the  BOP tomorrow

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C

Exh K

----------------------------------------------------------------------------------------

FROM: 22313045
TO: Sick Call
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/03/2026 03:06:57 PM

To: Fitzpatrick
Inmate Work Assignment: n/a

thank you for the EKG
i need a cane
i had a cane at hudson
i need 800 ml I B Proferin
acephetemine isnt working
i have migrains from my TBI and my miniscus ligiments are torn on both sides of my left knee
need a MRI but i know you cant get that right away

TRULINCS  22313045 - CANNADY, VINCENT - Unit: BRO-K-C



------------------------------------------------------------------------

FROM: 22313045
TO: Sick Call
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/15/2026 10:23:08 AM

To: Doctor
Inmate Work Assignment: N/A

hello
i am a 100%disabled veteran totally and permanently disabled
i am service connected to migraine as a result of traumatic brain injury
this should be in my record as the VA has given me 5 or 6 MRI's of my brain
i have a 2 centimeter scar on my caudate nucleolus
and the migraines a result are intensive
i have not had an MRI of my brain since vie been incarcerated
the migraines are so intensive that i take 7 or 8 of the purchased Tylenol or iB proferin daily
i have repeatedly requested 800 IB proferan or meloxicam
i still haven received a CPAP machine after 2 years requesting
have not had my pulmonary function tested
all this to keep me at a care level 2 when i am a care level 4
there is no way i should still be at MDC with such dangerous and deadly diagnosis
heart attach
pulmonary disfunction
Traumatic brain injury
all documented by the Dept. of veterans affairs
i am forced to file a lawsuit
and still no medical treatment other than an occasional EKG
no pain meds no cane no MRI no CPAP

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C

------------------------------------------------------------------------------------------------------------

FROM: 22313045
TO: Sick Call
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/01/2026 08:40:27 PM

To: Dr
Inmate Work Assignment: n.a

I have SVT and for the last 10 nights i been awoken with massive chest pain
i want a EKG ASAP i want to see the results myself

TRULINCS  22313045 - CANNADY, VINCENT - Unit: BRO-K-C                    Exh. 1M

---------------------------------------------------------------------------------------------------------------

FROM: 22313045
TO: Warden
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/13/2026 01:08:09 PM

To: warden
Inmate Work Assignment: NA

picking up from where i was cut off for unkown reasons on the message connected to this..
from : yellow-- disabilty outfits. I was told by another inmate that he was told by unit team that none of my disabilty
accomidations will be ge given because i filed disabi;lty lawsiuts against the facility. I am being forced to file lawsuits because
the facility is endangering my life every night i go to bed with out a CPAP machine for my department of vertenas affairs
obstructive sleep apnea. I will be fowarding this to the judge in this case and the COurt in DC because i have fallen down and
not received life saving care in MDC despit my please before i filed any litigation. Retaliation for filing disability com[plaints is
against the law under the ADA and retaliating against a disabled veteran in a violation of title 38 USC section 4311.
-----CANNADY, VINCENT on 4/13/2026 1:01 PM wrote:


>


helllo warden today 4/13/26 i was removed from the disability room in K83
i 100% totally and permanetly disabled veteran who has had compound fractures in my fibula and tibula. I have problems sitting
down and stasnding up when going to the toilet, and the bars in the disabilty cell have been very helpful the last few days. In
hHudson county jail; i was autherized thge use of the unit disability toilet which was locked for everyone e;s. this was in a
dormatory setting in the cell blocks i was ordered by medical top have an ADA cell with bars for the toilet like i had at MDC in
the disability cell. Ms Gonzalas would not listen to my please to stay in the disability cell even ignoring me whrn i saud i fell
down . I have requested a cane and or a wheel chair, Ms Gonzalas wont even give me the yellow

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C

*Exh. N*

---

FROM: 22313045
TO: Sick Call
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/13/2026 01:13:38 PM

To: Sick cal
Inmate Work Assignment: NA

today i was removed from the disability cell even though i can not stand up without the disability bars on the toilet. I have spent 7 moths trying to get into this cell but other inmates have always been assigned that cell. now it is empty, i have no cane and no disability bars to use the toilet. Finally this is probably my 20th sick call message where i am asking for A CPAP MACHINE because i can die without one. And you know this. I don't know what else i can do i already files an lawsuit i just want medical care.

TRULINCS  22313045 - CANNADY, VINCENT - Unit: BRO-K-C

*E Xh. O*

--------------------------------------------------------------------------------

FROM: 22313045
TO: Warden
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/17/2026 08:42:42 PM

To: Warden
Inmate Work Assignment: N/A

On April 13th 2026
1.I was abruptly removed from the disability room that i spent 8 months trying to get into.
I am 100% disabled Veteran which is totally and permanently disabled by law.
Ms Gonzales was not nice when she removed me under threat of a ticket.
Today She moved a nondisabled person into the disability room.
then she came and asked how im doing, i said hot, she said its hot every where.

2.I also complained about the water fountain that's been broken for over a year. It causes diareha.
We are forced to drink out of the sink which is cruel and unusual punishment.

3.The ice Machine is not working properly either.
It is extremely hot in the unit and there's only enough ice for 2 people per 5 hours.
It also took 4 months to fix a disability shower, and it only got fixed because i fell in another shower.
I wail be adding this to the lawsuit thank you very much.

all of this will be added to the lawsuit that is already filed.
people need the water fountain.

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C



--------------------------------------------------------------------------------

FROM: 22313045
TO: Warden
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/20/2026 09:40:08 AM

To: warden
Inmate Work Assignment: n/a

hello warden im still in a regular cel as a disabled person
medical doesnt call me for any apointments
i have a traumatic brain injuy and they wont talk to me about it
i need a mri of my brain or you should leyt me go home to get one
i have scar tissue on my brain and need medical attention

Exh. Q

TRULINCS  22313045 - CANNADY, VINCENT - Unit: BRO-K-C

---------------------------------------------------------------------------------------

FROM: 22313045
TO: Warden
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 05/07/2026 08:35:47 AM

To: warden
Inmate Work Assignment: n/a

-----CANNADY, VINCENT on 4/13/2026 1:01 PM wrote:

>

helllo warden today 4/13/26 i was removed from the disability room in K83
i 100% totally and permanetly disabled veteran who has had compound fractures in my fibula and tibula. I have problems sitting down and stasnding up when going to the toilet, and the bars in the disabilty cell have been very helpful the last few days. In hHudson county jail; i was autherized thge use of the unit disability toilet which was locked for everyone e;s. this was in a dormatory setting in the cell blocks i was ordered by medical top have an ADA cell with bars for the toilet like i had at MDC in the disability cell. Ms Gonzalas would not listen to my please to stay in the disability cell even ignoring me whrn i saud i fell down . I have requested a cane and or a wheel chair, Ms Gonzalas wont even give me the yellow

TRULINCS 22313045 - CANNADY, VINCENT - Unit: BRO-K-C

*Exh · K*

----------------------------------------------------------------------

FROM: 22313045
TO: Warden
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/16/2026 07:13:18 PM

To: warden
Inmate Work Assignment: na

-----CANNADY, VINCENT on 4/16/2026 7:13 PM wrote:

>

the time computation shet you gave me today is incorrect
the order for civil contempt was dated March 31st 2026
you have my total days stopped at the date of sentencing
this is a violation of law and will be added to the lawsuit
i am requesting a new time computation sheet
and i will be bringing a copy of the order of the civil contempt
will also send a copy to MDC legal

TRULINCS  22313045 - CANNADY, VINCENT - Unit: BRO-K-C         Exh S

------------------------------------------------------------------------

FROM: 22313045
TO: Sick Call
SUBJECT: ***Request to Staff*** CANNADY, VINCENT, Reg# 22313045, BRO-K-C
DATE: 04/17/2026 08:44:38 PM

To: Sick Call
Inmate Work Assignment: N/A

Im being reataliated against by MDC. Im not recieving medical treatment.
-----CANNADY, VINCENT on 4/17/2026 8:42 PM wrote:

>

On April 13th 2026
1.I was abruptly removed from the disability room that i spent 8 months trying to get into.
I am 100% disabled Veteran which is totally and permanently disabled by law.
Ms Gonzales was not nice when she removed me under threat of a ticket.
Today She moved a nondisabled person into the disability room.
then she came and asked how im doing, i said hot, she said its hot every where.

2.I also complained about the water fountain that's been broken for over a year. It causes diareha.
We are forced to drink out of the sink which is cruel and unusual punishment.

3.The ice Machine is not working properly either.
It is extremely hot in the unit and there's only enough ice for 2 people per 5 hours.
It also took 4 months to fix a disability shower, and it only got fixed because i fell in another shower.
I wail be adding this to the lawsuit thank you very much.

all of this will be added to the lawsuit that is already filed.
people need the water fountain.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States

**CERTIFICATE OF SERVICE***

v.

Docket Number: 26-206

Vincent Cannady

I, Vincent Cannady , hereby certify under penalty of perjury that
(print name)

on June 1, 2026 , I served a copy of Exhibits that
(date)

are medical & other documents
(list all documents)

by (select all applicable)**

___ Personal Delivery  X United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  X E-Mail (on consent)

on the following parties:

| Keyhan Watson | 30 Main St White Plains | NY | 10601 |
|---|---|---|---|
| Name | Address  City | State | Zip Code |

| | | | |
|---|---|---|---|
| Name | Address  City | State | Zip Code |

| | | | |
|---|---|---|---|
| Name | Address  City | State | Zip Code |

| | | | |
|---|---|---|---|
| Name | Address  City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

June 1, 2026
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

Vincent Cannady
#22313045
Metropolitan Detention Ctr.
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

Legal
Mail

Clerk of Court
US Court of Appeals
40 Foley Sq
New York City, NY 10097

USM/IS SDNY

# United States District Court

# Western District of Missouri

## Kyndryl

### v.

## Vincent Cannady

Case no. 1:23-cv-03279

## Supplemental Motion for Clarification and Oral Arguments

On this 14th day of June 2026, I, Vincent Cannady, do move under federal rules of civil procedure, Rule 12. Per the courts order on June 10, 2026, Mr. Vincent Cannady request clarification and oral arguments on the courts order to file a response to remove the stay of all proceedings. Mr. Vincent Cannady requests clarification from the court in the form of a confidentiality order by the court. Due to the plaintiff's previous serious and severely damaging violations of confidentiality amounting to devastating life changing consequences for Mr. Cannady and his family in the settlement negotiations, defendant Mr. Cannady has no faith at all, other than those of the plaintiff's bad faith settlement negotiations, which resulted in the defendant being maliciously prosecuted and unjustifiably and illegally criminally charged and convicted for those same court ordered settlement negotiations. Those same plaintiff's bad faith settlement negotiations also resulted in Mr. Cannady's counsel Stephanie Burton being illegally threatened with arrest and prosecution. Due to the devastatingly damaging intense harm suffered by the defendant and his family, his business, loss of an important contract with the government, his reputation and his family's reputation, Vincent Cannady is weary and cautious of presenting

1

any argument about any relief he needs to seek in his notion to remove the stay. Currently, Mr. Cannady is being held in civil contempt for filing an appeal of the final judgement and restitution order, which includes a verifiable process order that Mr. Cannady also appealed. These appeals are in the 2nd Circuit Court of Appeals, case numbers 26-206, 26-841, and 26-855. Mr. Cannady has also appealed the civil contempt order in the 2nd Circuit Court of Appeals in case number 26-1025. Mr. Cannady proposes that the court make an order that any and all communications, including court filings, be protected and held as confidential, and be protected under the federal rules of civil procedures, Rule 1, which holds that compromised negotiations are authorized by the court. Mr. Cannady proposes the following: that the court order oral arguments for removing the stay and all the steps that follow (such as MAP, discovery, etc.) in lieu of presenting a motion to remove the stay. Mr. Cannady proposes that plaintiff, Kyndryl, request that the government withdraw the civil contempt and move all proceedings of returning Mr. Cannady's work product files to Kyndryl via the Western District of Missouri (WDMO) civil court proceeding, which is the original and proper jurisdiction of all the proceedings, not the Southern District of New York Court. Once the civil contempt is removed, Mr. Cannady will return to the Western District of Missouri and the adjudication of relief from both parties can be assessed and ruled on by the proper court in the WDMO. Mr. Cannady cannot and will not perform any actions as it relates to his work product files under duress at the Metropolitan Detention Center (MDC) in Brooklyn, New York which is classified as the worst jail in the United States. Mr. Cannady is diligent in his hopes that this life changing ordeal (Mr. Cannady has suffered two heart attacks whilst being incarcerated, directly caused by the negligent actions of others) can be put behind by all parties in any deliberations about the relief sought by all parties. If all parties negotiate in good faith, it should seek the immediate release of Mr. Vincent Cannady from civil contempt where Mr.

2

Cannady and Kyndryl, under the strict guidance of this court, can resolve the matter for all parties. Finally, Mr. Cannady would seek representation to address this court and assume the validity and good faith of all parties involved. Mr. Cannady requests the court schedule oral arguments about the stay being removed upon notification that Mr. Cannady is no longer being held in civil contempt by the Southern District of New York Court. It is up to the plaintiff to convince the government to plead for the removal of civil contempt as Mr. Cannady stated before, while under the duress of civil incarceration, there can be no relief for any parties involved.

Respectfully,

Vincent Cannady

Pro Se Defendant

Dated: June 14, 2026

3

**Certificate of Service**

I certify that on June 14, 2026, I served a true and correct copy of the foregoing Motion for Clarification, Protective Order, and Request for Oral Argument with medical exhibits and Supplemental Motion for Clarification and Oral Argument upon counsel for Plaintiff.

Vincent Cannady